MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail: mbarrows@fgppr.com
E-Mail: kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT OF CALIFORNIA
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| Jon David Petras,<br><br>    Plaintiff,<br><br>vs.<br><br>Traveler's Property Casualty Company of America, James Davis and Does 1-20,<br><br>    Defendants. | Case No. C 12-06413 CW<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL** |

Plaintiff JON DAVID PETRAS ("Plaintiff") and Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Defendant"), by and through their respective counsel, hereby submit this Stipulation for Dismissal and Proposed Order of Dismissal.

1. WHEREAS, Plaintiff has agreed to dismiss this action in its entirety with prejudice, under Federal Rule of Civil Procedure 41(a)(1); and

2. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release in Full; and

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

3. WHEREAS, the parties to this action agree that each side it to bear its own costs in this matter; and

4. WHEREAS, the parties to this action agree, through their respective attorneys, that Plaintiff dismiss this action in its entirety, with prejudice, each side bearing its own costs.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

DATED: August 28, 2013  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ Marjie D. Barrows.
Marjie D. Barrows
Attorney for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: August 28, 2013  **LAW OFFICES OF JACOB HARKER**

By: /s/ Jacob Harker
Jacob Harker
Attorney for Plaintiff JON DAVID PETRAS

Based on the foregoing and good cause appearing therefor, the stipulation of the parties to dismiss this action with prejudice is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: September 3, 2013

Claudia Wilken
United States District Judge